UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK OSHAY, | No. C-13-2890 EMC (JSC) |
| Plaintiff, | |
| v. | **ORDER ADOPTING IN PART REPORT AND RECOMMENDATION** |
| PHYLLIS ROBINSON, *et al.*, | |
| Defendants. | **(Docket No. 5)** |
| _____/ | |

    Previously, Judge Corley issued an order instructing Defendants – who had removed the instant case from state to federal court – to show cause as to why the case should not be remanded for lack of subject matter jurisdiction. *See* Docket No. 3 (order). After Defendants failed to file a response to the order to show cause, Judge Corley prepared a report in which she recommended that the case be dismissed for failure to prosecute (as no party had consented or declined to her jurisdiction) or, in the alternative, the case be remanded based on lack of subject matter jurisdiction. *See* Docket No. 5 (order). No party submitted an objection to the report and recommendation.

    The Court hereby **ADOPTS** in part the report and recommendation. More specifically, the Court adopts Judge Corley's alternative recommendation that the case be remanded for lack of subject matter jurisdiction. As Judge Corley notes, there is no diversity jurisdiction as the amount in controversy is not in excess of $75,000.

///

///

Accordingly, the Court hereby **REMANDS** the case back to the Superior Court of California for the County of Contra Costa County.

This order disposes of Docket No. 5.

IT IS SO ORDERED.

Dated: September 3, 2013

_____
EDWARD M. CHEN
United States District Judge